SHAY-BRETT, INC., Respondent, v. B. HAROLD ERSKINE et al., Appellants.—

Concur — Stevens, J. P.,
Eager, Steuer, Rabin and McNally, JJ.